IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCISCO E. MENDOZA, 571963,<br>Petitioner,<br><br>v.<br><br>363rd CRIMINAL DISTRICT COURT,<br>Respondent. | )<br>)<br>)<br>)   No. 3:07-CV-608-K<br>)           ECF<br>)<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 13th day of August, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE